USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ALEX BABAKHANOV, GITEL STIEL, AND PERRY :
AVENUE FAMILY MEDICAL, INC., :
:
Plaintiffs, : 23-cv-2785 (LJL)
:
-v- : ORDER
:
KISHORE AHUJA, M.D. AND RITA AHUJA, M.D., :
:
Defendants. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

As discussed at the status conference held today, October 15, 2024, this case is stayed in its entirety until the earlier of March 28, 2025, or the date on which Plaintiff reaches a resolution with the Office of the Inspector General ("OIG"), without prejudice to the right of any party to move for relief from the stay.

All conferences and deadlines are cancelled.

The parties shall submit a revised proposed case management plan within fourteen days of the lifting of the stay.

Until the stay is lifted, the parties shall file a joint status update letter concerning the progress of the OIG's financial analysis process and Plaintiff's negotiations with the OIG. The status update letter shall be filed on the 15th of every month or, if the 15th falls on a weekend or legal holiday, the status update letter shall be filed on the next day that is not a weekend or legal

holiday.

SO ORDERED.

Dated: October 15, 2024
      New York, New York

                                        LEWIS J. LIMAN
                                  United States District Judge